No. 466. HONOLULU OIL CORP. ET AL. *v.* HALLIBURTON ET AL.; and

592

No. 479. HALLIBURTON ET AL. *v.* HONOLULU OIL CORP. ET AL. December 19, 1938. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Messrs. A. W. Boyken* and *A. J. Hill* for Honolulu Oil Corp. et al. *Messrs. Frederick S. Lyon, Leonard S. Lyon, Henry S. Richmond,* and *William H. Davis* for Halliburton et al. Reported below: 98 F. 2d 436.